IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHRISTOPHER K. MCNEILL,

    Plaintiff,

v.                                            2:23-CV-041-Z

TYSON FRESH MEATS, INC.,

    Defendant.

**ORDER**

Plaintiff requested appointment of counsel in this case. *See* ECF No. 8. The Court initially denied that request, *see* ECF No. 9, but now finds that appointment of counsel "would aid in the efficient and equitable disposition of the case." *Delaughter v. Woodall*, 909 F.3d 130, 140 (5th Cir. 2018) (internal marks omitted). Specifically, the Court finds that Plaintiff is unable to afford counsel, *see* ECF No. 5 (motion to proceed *in forma pauperis*), Plaintiff was diligent in attempting to secure his own counsel, *see* ECF No. 8 (listing attempts to secure legal counsel and assistance), and that appointing counsel will benefit Plaintiff, the Court, and Defendant by "shortening the trial and assisting in a just determination." *Parker v. Carpenter*, 978 F.2d 190, 193 (5th Cir. 1992) (internal marks omitted).

The undersigned has entered an order denying Defendant's motion to dismiss as to Plaintiff's Title VII claims — retaliation and religious discrimination vis-à-vis failure to accommodate. This Court has also entered an order for the parties to attend mediation.

Therefore, the Court finds able counsel will "aid in the efficient and equitable disposition of the case" — whether through mediation, summary judgment, or trial. *Delaughter*, 909 F.3d at 140. As a result, the Court appoints attorney Richard Biggs of Mullin Hoard Brown LLP, 500

South Taylor, Suite 800, Lobby Box #213, Amarillo, Texas, 79101, to represent Plaintiff Christopher K. McNeill in this civil action subject to further orders of the Court.

Attorney Biggs is directed to enter an appearance in this matter **on or before Tuesday December 12, 2023**. Attorney Biggs shall be free to act as lead counsel himself or designate another such qualified attorney from his firm to act as lead counsel, with himself as co-counsel, in this matter. This representation of Plaintiff shall continue through any appeal sought in this matter.

**SO ORDERED.**

December 8, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE