IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER K. MCNEILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-CV-41-Z |
| | § | |
| TYSON FRESH MEATS, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER SETTING SETTLEMENT CONFERENCE

The parties submitted their Joint Advisory to assist the undersigned in scheduling the court-ordered settlement conference. (ECF 57). Based on the Joint Advisory, it is **ORDERED** that the settlement conference is SET for **Wednesday, January 24, 2024, at 1:15 p.m. C.S.T.**, in person, in the Second Floor Courtroom of the Mary Lou Robinson United States Courthouse, 205 S.E. 5th Ave., Amarillo, Texas.

The parties and their counsel are instructed to review Judge Reno's Settlement Conference Procedures, attached to this Order as Exhibit A, which provide the general procedures to be followed at the settlement conference in which the undersigned will act as the mediator.[1] To the extent possible, **any document parties wish to present during the settlement conference shall be provided to the opposing party at least three (3) business days in advance of the settlement conference**. Additionally, copies of all documents that either party provided to the opposing party shall also be emailed to chambers via email at Reno_Orders@txnd.uscourts.gov pursuant to the instructions on pages 2 and 3 of this Order.

---

[1] Because the undersigned is acting as the mediator, all references in Exhibit A to the "mediator" are intended to refer to Magistrate Judge Lee Ann Reno.

It is further **ORDERED** that by no later than **five business days before the settlement conference**, each party shall submit a completed Confidential Settlement Conference Information Sheet ("Settlement Information"), a copy of which is attached to this Order as Exhibit B, to chambers via email at Reno_Orders@txnd.uscourts.gov pursuant to the instructions on pages 2 and 3 of this Order.

**Plaintiff is also ORDERED to submit a written demand to Defendant on or before January 10, 2024.**

The parties are instructed to jointly prepare and email a draft settlement agreement to the Magistrate Judge in Word format at Reno_Orders@txnd.uscourts.gov, pursuant to the instructions on pages 2 and 3 of this Order, no later than **five (5) business days before the settlement conference, noting any disagreement by the parties**. The agreement in question should represent, to the extent possible in the circumstances, the final written agreement intended by the parties to resolve the case and should contain all material provisions that any party believes should be contained within such document, such that the proposed settlement agreement can be executed in full and final settlement of the matter at the successful conclusion of the settlement conference. To the extent that specific numerical values are unknown at this time, parties may provide space in the draft to fill in this information.

**For all documents that the parties are directed to submit to the Court**, the subject line of the email shall read "Confidential Material for Use Only at Settlement Conference," and shall include the case number of this lawsuit. These documents **shall not be filed** with the clerk but shall be submitted only to the chambers of the undersigned via the above email address. These documents will only be viewed by the undersigned and her staff and will not be shared with any other parties or counsel. There is no need to follow any email submission with a hard copy.

Failure to comply with this Order or to attend the entire settlement conference without

obtaining prior permission of the Court shall result in appropriate sanctions.

IT IS SO ORDERED.

ENTERED on December 19, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

3